

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00762-CV

**IN THE INTEREST OF A.W.K.**, a Child

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-06-25902-CV
Honorable Kelley Kimble, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

We order that appellee James Roy Kunz recover his costs of this appeal, if any, from appellant Kelly Ann-Marie Lyon.

SIGNED March 25, 2020.

_____
Beth Watkins, Justice